Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Grace A. Rawlins
grawlins@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Who Decides War, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WHO DECIDES WAR, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>884886 CH STORE, ALL-IN-ONE STORE, AWAKE STORE, BAFANGLAI STORE, BOBO HANDSOME STORE, CAIKANGMAOYI, CHENYOOU STORE, CHONGQING RUILAN TECHNOLOGY CO., LTD., CHOSEN-ERD-STORE STORE, DESERT SPRING, DONGGUAN XUANYANG FASHION GARMENT CO., LTD., FOREST EAGLE STORE, FOSHAN NANHAI YOUPIN CHAOPAI CLOTHING STORE, FOSHAN NANHAI YUNSHANG CHENGPIN CLOTHING STORE (INDIVIDUAL BUSINESS), GOOGO STORE, GUANGXI BEILIU YUEN TRADING CO., LTD., GUANGZHOU BAIYUN JINSHA YANGWANG BOUTIQUE STORE, GUANGZHOU BEICHAO CLOTHING CO., LTD., GUANGZHOU BOXU TRADING CO., LTD., GUANGZHOU HEPBURN INTERNATIONAL TRADE CO., LTD., GUANGZHOU KEKE CLOTHING CO., LTD, | **25-cv-682 (JAV)**<br><br>~~[PROPOSED]~~<br>**UNSEALING ORDER** |

GUANGZHOU LANGSHI GARMENT CO., LTD., GUANGZHOU LUXI CLOTHING CO., LTD, GUANGZHOU MIFU TRADING CO., LTD., GUANGZHOU PICKUP PURCHASE CLOTHING CO., LTD., GZHOUJIQINGSHANGMAOYOUXIANG, HONG DA STORE, HUAINAN HOWEAR TRADING CO., LTD., HUILUOSHANGMAO, HUIMASHANGMAOYY, JINJIANG LONGHU JINMO SHOE INDUSTRY FIRM, JKONE STORE, JUAN LI, LANTMC STORE, LIDAN, LIU&#39;S TRENDY CLOTHING STORE, LUCKY GIRL 168 STORE, MEN FIRST CHOICE STORE, MMY MONSTERS STORE STORE, MR-WARDROBE STORE, PANG-1983 STORE, PEACEFUL EARTH STORE, PROFESSIONAL DROP SHIPPING 01 STORE, SHOP1102648882 STORE, SHOP1102960245 STORE, SHOP1103778186 STORE, SHOP1103850860 STORE, SHOP1103857788 STORE, SHOP1103932176 STORE, SHOP1103994662 STORE, SIMPLE-CAT STORE, SMILE 666 STORE, SOON STORE, WARDROBE 180212 STORE, WORLD START STORE, XUNNIWOTA, YIWU HUIYU E-COMMERCE FIRM, YIWU LIQIN TRADING CO., LTD., Y-M STORE, YU EN STORE and YUJIANG LEYOU CLOTHING STORE,

*Defendants*

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 5th day of March, 2025, at 2:34 p.m.
New York, New York

_____
HON. JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE