UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WHO DECIDES WAR, LLC, | |
| Plaintiff, | 25-CV-000682 (JAV) |
| -v- | ORDER TO EXCEED WORD LIMIT |
| 884886 CH STORE, ALL-IN-ONE STORE, AWAKE STORE, BAFANGLAI STORE, BOBO HANDSOME STORE, CAIKANGMAOYI, CHENYOOU STORE, CHONGQING RUILAN TECHNOLOGY CO., LTD., CHOSEN-ERD-STORE STORE, DESERT SPRING, DONGGUAN XUANYANG FASHION GARMENT CO., LTD., FOREST EAGLE STORE, FOSHAN NANHAI YOUPIN CHAOPAI CLOTHING STORE, FOSHAN NANHAI YUNSHANG CHENGPIN CLOTHING STORE (INDIVIDUAL BUSINESS), GOOGO STORE, GUANGXI BEILIU YUEN TRADING CO., LTD., GUANGZHOU BAIYUN JINSHA YANGWANG BOUTIQUE STORE, GUANGZHOU BEICHAO CLOTHING CO., LTD., GUANGZHOU BOXU TRADING CO., LTD., GUANGZHOU HEPBURN INTERNATIONAL TRADE CO., LTD., GUANGZHOU KEKE CLOTHING CO., LTD, GUANGZHOU LANGSHI GARMENT CO., LTD., GUANGZHOU LUXI CLOTHING CO., LTD, GUANGZHOU MIFU TRADING CO., LTD., GUANGZHOU PICKUP PURCHASE CLOTHING CO., LTD., GZHOUJIQINGSHANGMAOYOUXIANG, HONG DA STORE, HUAINAN HOWEAR TRADING CO., LTD., HUILUOSHANGMAO, HUIMASHANGMAOYY, JINJIANG LONGHU JINMO SHOE INDUSTRY FIRM, JKONE STORE, JUAN LI, LANTMC STORE, LIDAN, LIU'S TRENDY CLOTHING STORE, LUCKY GIRL 168 STORE, MEN FIRST CHOICE STORE, MMY MONSTERS STORE STORE, MR-WARDROBE STORE, PANG-1983 STORE, PEACEFUL EARTH STORE, PROFESSIONAL DROP SHIPPING 01 STORE, SHOP1102648882 STORE, SHOP1102960245 STORE, SHOP1103778186 STORE, SHOP1103850860 STORE, SHOP1103857788 STORE, SHOP1103932176 STORE, SHOP1103994662 STORE, SIMPLE-CAT STORE, | FILED UNDER SEAL |

SMILE 666 STORE, SOON STORE, WARDROBE 180212 STORE, WORLD START STORE, XUNNIWOTA, YIWU HUIYU E-COMMERCE FIRM, YIWU LIQIN TRADING CO., LTD., Y-M STORE, YU EN STORE AND YUJIANG LEYOU CLOTHING STORE,

                Defendants.

JEANNETTE A. VARGAS, United States District Judge:

On this day, the Court considered Plaintiff's Motion to Exceed Word Limit and it is hereby **ORDERED** that Plaintiff may submit a memorandum of law in support of its *ex parte* application for: a temporary restraining order; an order to show cause why a preliminary injunction should not issue; an asset restraining order; an order authorizing alternative service by electronic mail; and an order authorizing expedited discovery ("Application") against Defendants in the above-referenced action that has a word count of 14,610, which exceeds the limit set by the Court.

SO ORDERED.

Dated: January 24, 2025
      New York, New York

                                      JEANNETTE A. VARGAS
                                      United States District Judge