UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
WHO DECIDES WAR, LLC,                                              :
:
                Plaintiff,                       :      25-CV-00682 (JAV)
:
    -v-                                                          :      ORDER
:
884886 CH STORE, et al.,                                           :
:
                Defendants,                      :
-------------------------------------------------------------------:
                                               X

JEANNETTE A. VARGAS, United States District Judge:

      Plaintiff's request for an extension and modification of the Temporary Restraining Order entered on January 24, 2025 ("TRO"), is GRANTED. Defendants shall have until **February 28, 2025**, to file opposing papers. Plaintiff shall have until noon on **March 4, 2025**, to file reply papers, if any. The show cause hearing is adjourned to **2 P.M.** on **March 4, 2025**. In light of the modified dates, the Court finds good cause to extend the TRO, which is set to expire on February 21, 2025, to March 4, 2025.

      IT IS FURTHER ORDERED that a copy of this Order shall be served promptly upon the Defendants in accordance with the procedures for service set forth in the TRO.

      IT IS FURTHER ORDERED that Plaintiff shall file proof of such service on ECF within **forty-eight** hours of completing service.

      SO ORDERED.

Dated: February 13, 2025
       New York, New York

                                                                   JEANNETTE A. VARGAS
                                                                   United States District Judge