UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                          :

WHO DECIDES WAR, LLC.,              :

                    Plaintiff,          :

                          :      25-CV-0682 (JAV)

      -v-                      :

                          :      <u>ORDER</u>

884886 CH STORE, et al.,             :

                  Defendant.     :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to paragraph 10 of the Preliminary Injunction Order entered in this matter, ECF No. 23, the parties were required to file a status letter by September 8, 2025. To date, the parties have not filed the status letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 14, 2025**.

      SO ORDERED.

Dated: October 8, 2025
      New York, New York                           JEANNETTE A. VARGAS
                                                  United States District Judge